UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES TRANSPORTATION
HOLDING LLC.,                                          Case No. 14-13594

       Plaintiff,                              Honorable Nancy G. Edmunds

v.

METRO 2 AIRPORT SEDAN SERVICE, ET
AL,

       Defendants.
_____/

**DEFAULT JUDGMENT**

Being fully advised in the premises, having reviewed the pleadings, and for the reasons stated in the Court's opinion and order granting Plaintiff's motion for default judgment, the Court immediately ORDERS that Defendant Mumtaz Choudhry, his companies, employees, corporations, and related corporations are permanently enjoined and restrained from:

(1)     using Plaintiff's Servicemark "METRO CARS" (hereinafter, "Service Mark"), or colorable imitations thereof and other designs, designations and indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's rights, including, but not limited to, DTW Metro Cars or any other name using the words "Metro Car," "Metro Cars," and/or "Metro" and "Cars" in close proximity in connection with any car service;

(2)     operating websites and/or a Facebook page using a domain or other name or url that contains both the words "Metro" and "Car(s)," including but not

limited to www.metroexpresscars.com;

(3)     using "Metro" and "Cars" in close proximity or any variations thereof as internet search terms and/or key word searches in any advertising agreement or arrangement with Google, Yahoo, Bing, or any other internet search engine;

(4)     using "Metro" and "Cars" in close proximity or any variations thereof as meta tags for, or as html codes for, Defendant's website(s);

(5)     listing any phone numbers in directory assistance or on any on-line directories under Plaintiff's Servicemark, colorable imitations of Plaintiff's Servicemark, or other designs, designations and indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's rights, including DTW Metro Cars and any other name using the words "Metro Car," "Metro Cars," and/or "Metro" and "Cars" in close proximity;

(6)     informing or suggesting to customers or potential customers that they are DTW Metro Cars and/or are affiliated with Metro Cars;

(7)     using "Metro Car," "Metro Cars," and/or "Metro" and "Cars" in close proximity in any e-mail address for Defendant and/or his companies;

(8)     otherwise infringing Plaintiff's rights in its Servicemark and competing unfairly with Plaintiff.

IT IS FURTHER ORDERED that Choudhry, his companies, agents, employees, corporations and related corporations, and all persons in active concert or participation with them:

(1)     review their websites and change his websites' address/url and website meta tags/html codes, internet search terms and/or key word searches, and

2

destroy any and all advertising, promotional materials, business cards, signs, listings in any print and on-line directories, and the like, that contain Plaintiff's Servicemark, colorable imitations of Plaintiff's Servicemark, or other designs, designations and indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's rights, so as to remove the names "DTW Metro Cars" from the sites and materials themselves and from meta-tags, internet search terms and/or key word searches, html codes, and/or search terms for same;

(2)    remove or cause to be removed the name DTW Metro Cars from any and all listing of Defendant's companies, names, assumed names or d/b/a's, including but not limited to, listings with the State of Michigan and listings with any on-line or print directories.

Because no claims remain pending, the Court dismisses this case.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  February 27, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 27, 2015, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager

3